IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| In the Matter of | Case No. 08-33764 |
|---|---|
| BROWN, SCOTT RANDALL<br>BROWN, MISTI DAWN,<br><br>    Debtors. | Chapter 7 |

## NOTICE OF UNCLAIMED FUNDS

Trustee, Jacqueline Sells Homann, submits her Notice of Unclaimed Funds as follows:

| | |
|---|---|
| AFNI/Verizon<br>404 Brock Drive<br>Bloomington, IL 61701 | $18.47 |

Dated: June 14, 2011    Respectfully submitted,

/s/Jacqueline Sells Homann
Jacqueline Sells Homann
Jones Obenchain, LLP
600 KeyBank Building
202 South Michigan Street
Post Office Box 4577
South Bend, Indiana 46634
Telephone:  (574) 233-1194
Facsimile:  (574) 233-8957
Email:    jshtrustee@jonesobenchain.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June 2011, a true and correct copy of the above and foregoing Notice of Unclaimed Funds was served as follows:

| | |
|---|---|
| Jeffrey A. Schreiber<br>jschreiber@schreiblaw.com | United States Trustee<br>ustpregion10.so.ecf@usdoj.gov |

        /s/ Jacqueline Sells Homann
Jacqueline Sells Homann